UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT HARVEY

VERSUS

BATON ROUGE MARINE
CONTRACTORS, INC., and
LOUISIANA INSURANCE
GUARANTY ASSOC.

CIVIL ACTION

NO. 08-459-JVP-CN

## JUDGMENT

In accordance with the court's ruling dated November 21, 2008;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the supplemental order of default issued by the District Director of the Seventh Compensation District, United States Department of Labor, is in accordance with law, and judgment is hereby entered in favor of plaintiff, Robert Harvey, and against defendant, Louisiana Insurance Guaranty Association, in the amount of $138, 899.34.

All other claims are hereby dismissed for lack of subject matter jurisdiction.

Because the only issue before the court is the order of the District Director, to the extent that the court's ruling dated November 21, 2008 (doc. 21) is contrary to any portion of this judgment, that portion of the ruling is hereby **VACATED AND SET ASIDE**.

Baton Rouge, Louisiana, November 24, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA