UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 FEB 10 P 4: 05

SIGN_____
BY DEPUTY CLERK

ROBERT HARVEY

VERSUS

BATON ROUGE MARINE
CONTRACTORS AND
LOUISIANA INSURANCE
GUARANTEE ASSOCIATION

CIVIL ACTION NO.: 08-459-JVP-CN

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 8, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Motion for Award of Attorney's Fees (doc. 27) filed by plaintiff, Robert Harvey, is hereby **GRANTED** and plaintiff's counsel shall receive a lump sum award in the amount of $1,410.63 in attorney's fees, with such award only being payable if and when Harvey prevails on the merits of his case and the underlying compensation award becomes final due to a Benefits Review Board and/or Fifth Circuit Court of Appeals decision.

Baton Rouge, Louisiana, February 10th, 2009.

James J. Brady For
_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA